### Willett Martin Co. v. S. E. & H. L. Shepherd Co.

Knox County. Decided April 12, 1917. A careful analysis of the evidence leads the court to the conclusion that the verdict is clearly too large.

If the plaintiff within thirty days after the mandate is received shall remit all of the verdict in excess of $900, motion overruled; otherwise, motion sustained. *Frank B. Miller,* for plaintiff. *H. L. Withee, and A. S. Littlefield,* for defendant.